UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDY BAEZ

      v.                                                CA 10-399 ML

CONNELLY, et al.

## MEMORANDUM AND ORDER

      Plaintiff has appealed from the Magistrate Judge's denial of his Motion for Reconsideration of her ruling denying Plaintiff's Motion for Appointment of Counsel.

      Plaintiff's appeal of that order is DISMISSED for the reasons set forth in the Magistrate Judge's orders and those set forth in the government's opposition to Plaintiff's appeal (Docket #61).

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 1, 2013